# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NOTHERN DIVISION

| | |
|---|---|
| STACY R. LEWIS | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| | ) |
| vs. | ) |
| | ) **CIVIL ACTION NO.:2: 24-cv-795-** |
| STATE OF ALABAMA | ) **RAH-SMD** |
| DEPARTMENT OF | ) |
| TRANSPORTATION, et al. | ) |
| Defendants. | ) |
| | ) |
| | ) **JURY TRIAL DEMANDED** |
| | ) |
| | ) |
| | ) |

## NOTICE OF APPEARANCE

**COMES NOW,** Byron R. Perkins and gives Notice of Appearance as counsel

of record for the Plaintiff Stacy R. Lewis.

RESPECTFULLY SUBMITTED,

/s/Byron R. Perkins
BYRON R. PERKINS (ASB-0183-n75b)
Attorney for Plaintiff
This 13th March   2026

**OF COUNSEL:**
**PERKINS-LAW, LLC**
The Civic Center Medical Forum Bldg. Suite 550
950 22nd Street North
Birmingham, Alabama 35203
Phone: 205-558-4696
bperkins@perkins-law.com

**CERTIFICATE OF SERVICE**

I hereby Certify that a copy of the forgoing Notice of Appearance has been filed with the Clerk of Court and served electronically on all Counsel of record:

Steve Marshall
Attorney General of Alabama

**State of Alabama**
**Office of the Attorney General**
501 Washington Ave.
Montgomery, Alabama 36104

William F. Patty
Anthony Higgins

Assistant Attorney General

**State of Alabama**
**Department of Transportation**
1409 Coliseum Blvd.
Montgomery, Alabama 36110

<u>/s/Byron R. Perkins</u>